FILED
10/23/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MEN

AO 91 (Rev. 11/11) Criminal Complaint | AUSA Davis Shugrue (312) 353-1980

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

SAMUEL STITES

CASE NUMBER: 26 CR 557

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

In or about 2023, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 2251(a) | knowingly used a minor, namely Minor Victim B, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction defendant knew and had reason to know would be transported and transmitted using any means or facility of interstate or foreign commerce, and which visual depiction was transmitted using any means or facility of interstate commerce. |

This criminal complaint is based upon these facts:

_X_ Continued on the attached sheet.

TIMOTHY ALLEN WILLIAMSON
Special Agent, Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: October 23, 2026

*Judge's signature*

City and state: Chicago, Illinois

JEANNICE W. APPENTENG, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**AFFIDAVIT**

I, TIMOTHY ALLEN WILLIAMSON, being duly sworn, state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed since approximately October 2022. As part of my duties as an FBI Special Agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal distribution, receipt, and possession of child pornography. I have received training in the area of child pornography and child exploitation, and have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256)[1] in multiple forms of media, including computer media. I also have participated in the execution of multiple federal search warrants, many of which have involved child exploitation and/or child pornography offenses.

2. This affidavit is submitted in support of a criminal complaint alleging that Samuel Stites has violated Title 18, United States Code, Section 2251(a). Because this affidavit is being submitted for the limited purpose of establishing

[1] As used in this affidavit, the term "child pornography" refers to any visual depiction including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(8)(A), or where the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

probable cause in support of a criminal complaint charging STITES with Sexual exploitation of a child, in violation of Title 18, United States Code, Section 2251(a), I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement personnel and persons with knowledge regarding relevant facts

## SUMMARY OF FACTS SUPPORTING PROBABLE CAUSE

4. In summary, as detailed below, in or about 2023, while in the Northern District of Illinois, SAMUEL STITES sexually abused Minor Victim B, who was then approximately 7 years old. STITES produced a visual depiction of Minor Victim B's abuse, identified herein as Image 1 and described in more detail in paragraph 5 below. STITES had access to and control over Minor Victim B and his physical appearance is consistent with the abuser depicted in Image 1. Additionally, STITES' physical appearance is consistent with the abuser depicted in child sexual abuse material (CSAM) of two other Minor Victims, Minor Victim A and Minor Victim C, to whom STITES also had access. Items from STITES' residence in the Northern District of Illinois, including bedding, furniture, an Apple watch, and a dog, are consistent with items in the background of CSAM images depicting Minor Victim A.

## FACTS SUPPORTING PROBABLE CAUSE

*Initial Report*

5. According to the FBI Child Exploitation Operational Unit Rescue Me, a unit dedicated to identifying child victims ("Rescue Me"), in April 2023, a reliable foreign partner alerted the FBI to a series of child sexual abuse material located on the darkweb that a user with the handle "XXXX88" posted to two darkweb forums. The series ("Series 1") included approximately 122 images of a pre-pubescent girl, later identified as Minor Victim B, that appeared to have been taken surreptitiously. One of the images in Series 1 is Image 1. Based on my review of Image 1, Image 1 depicts what appears to be a white adult male uncircumcised penis penetrating the vagina of Minor Victim B.

6. According to Rescue Me, in June 2023, a reliable foreign partner alerted FBI to a second series of child sexual abuse material posted to darkweb forums by "XXXX88." The series ("Series 2") included approximately 29 images of an approximately three-year-old female victim, later identified as Minor Victim A. One of the images in Series 2 is Image 2. Based on my review of Image 2, Image 2 depicts Minor Victim A on her elbows and knees with a white male with an erect uncircumcised penis penetrating Minor Victim A's vagina.

7. Law enforcement continued to monitor the darkweb forums. In November 2023, "XXXX88" posted another approximately 43 images depicting a third minor child, approximately two to three years old, later identified as Minor Victim C ("Series 3"). Images in Series 3 depict Minor Victim C (face visible) with a diaper halfway removed and an adult male's naked penis penetrating Minor Victim 3's vagina. The penis appears uncircumcised and is consistent with the penis visible in Series 1 and 2 described above.

8. According to Rescue Me, on October 22, 2026, law enforcement identified Minor Victim A, Minor Victim B, and Minor Victim C by comparing the three children depicted in the CSAM posted by "XXXX88" to individuals depicted in photographs posted to social media accounts associated with STITES, including STITES' public social media accounts.

*Background Information on STITES and the Minor Victims*

9. STITES is a 29-year-old white male who resides in Chicago, Illinois.

10. Based on images of STITES taken during the execution of a federal search warrant on October 23, 2026, I know that STITES has an uncircumcised penis. Based on law enforcement review, STITES' penis is consistent in appearance with the penis depicted in Image 1, described above.

11. Minor Victim A is approximately 4 years old and lives in the Northern District of Illinois.

12. Minor Victim B is approximately 10 years old and lives in the Northern District of Illinois.

13. Based on law enforcement review of the Series 3 images, Minor Victim C is approximately 2 to 3 years old. According to a post by STITES on Social Media Profile B,[2] Minor Victim C lives outside of the state of Illinois.

*The Sexual Exploitation of Minor Victim B*

14. Image 1 depicts what appears to be a white adult male uncircumcised penis penetrating the vagina of a prepubescent female, later identified as Minor

---

[2] Social Media Profile B is detailed below. The social media profiles have been anonymized to protect the identity of child victims.

Victim B. According to Rescue Me, Image 1 was part of the CSAM series Series 1 and distributed online.[3] In Series 1, Minor Victim B is wearing a distinctive pink shirt with a glitter animal design on the front.

15. Several of the photographs of this series posted by "XXXX88" depicted an adult white male's nude erect and uncircumcised penis near Minor Victim B's vagina. Based on law enforcement review, the male's penis is consistent in appearance with the penis of STITES and the separate CSAM series that depict Minor Victim A (Series 2) and Minor Victim C (Series 3).

16. On October 23, 2023, FBI interviewed Individual B, one of Minor Victim B's parents. During the interview, FBI showed Individual B a redacted CSAM Image from the photographs posted by "XXXX88". According to Individual B, the child in the image is Minor Victim B. According to Individual B, Minor Victim B is now approximately 10 years old and was approximately 6 or 7 years old in the CSAM photograph. Individual B identified the distinctive pink shirt worn by Minor Victim B.

17. According to Individual B, STITES had unsupervised access to Minor Victim B in Minor Victim B's home from approximately 2020 to 2024 and was the only adult male, other than Minor Victim B's father, to have access to Minor Victim B. According to Individual B, Minor Victim B's father's penis is circumcised. According to Individual B, Individual B has walked in and observed STITES in Minor

[3] I know from my training and experience that CSAM images are categorized by child victim and the specific sexual abuse session and often identified by a series name, which is typically an identifiable item in the media.

Victim B's bed with Minor Victim B but STITES stated, in substance, that he was just putting Minor Victim B to sleep.

*Background Information on the Identification of Minor Victims A, B, and C in CSAM Series Posted by User "XXXX88"*

18. In summary, law enforcement has identified three children, Minor Victims A, B, and C, in CSAM series posted by the same darkweb user beginning in April 2023. STITES had access to all three children, and CSAM images depicting all three children depict a penis consistent with that of STITES.

19. According to Rescue Me, multiple attempts via various means have been made to identify "XXXX88" and his victims since April 2023, all with negative results.

20. On October 21, 2026, FBI re-queried an image of the minor victim depicted in Series 3 in an open-source image repository and located a visually similar child identified as Minor Victim C.[4] Social Media Profile A posted the image with Minor Victim C. Based on subscriber records, the profile name, images posted by the profile depicting an individual consistent with STITES, and posts by the profile, I believe Social Media Profile A belongs to STITES.

21. According to Rescue Me, further open-source searches identified Social Media Profile B and Social Media Profile C, additional social media accounts that appeared to be associated with STITES based on open-source media checks.

22. Law enforcement reviewed additional publicly available content posted to social media accounts that appeared to be associated with STITES. Law

[4] Open-source repository utilizes public available images and information to identify victims.

enforcement identified various people and items in such social media content posted to accounts that appear to be associated with STITES that appear to be the same items that are visible in the background of CSAM posted by "XXXX88," including minor victims, a dog, bedding, furniture, and apple watch with a black band.

23. According to Rescue Me, on October 22, 2026, law enforcement identified three victims by comparing minor victims depicted in CSAM posted by "XXXX88" to individuals depicted in photographs posted to social media accounts associated with STITES.[5]

*<u>Identification of Minor Victim A</u>*

24. As detailed below, based on law enforcement review of posts made by "XXXX88," Minor Victim A has over 24 photos of CSAM posted by "XXXX88". STITES had access to and control over Minor Victim A for a period of approximately 2022 to 2025. CSAM images of Minor Victim A contain items in the background consistent with the CSAM images being produced in STITES' residence in the Northern District of Illinois.

25. According to a posting by Stites on Social Media Profile A and information from law enforcement reports, STITES had access to and control over Minor Victim A for a period of approximately 2022 to 2025

26. According to Rescue Me, the photos in Series 2 included several CSAM photos that appear to depict Minor Victim A. CSAM included photos of the victim in

[5] Physical appearance was used in identifying the victims. Social Media Profile A and Social Media Profile B had photos of the victims.

her underwear, pants-less with her vagina showing, and several photos of an adult male having sexual intercourse with the minor. According to law enforcement review, one of the CSAM images that "XXXX88" posted of Minor Victim A was a photo that showed an adult male behind the victim with an erect penis. The penis appeared to be uncircumcised and consistent in appearance with that of STITES.

27. Law enforcement observed a photograph posted to Social Media Profile B which depicted a dog covered by a Peanuts blanket, laying on top of a cream and gray colored striped bedding sheet with a tan colored stuff bear. Law enforcement also reviewed content posted to Social Media Profile C. A publicly available post from Social Media Profile C contains a video showing what appeared to be the same bedding and dog described above. Law enforcement also observed explicit photographs posted to the darkweb forums by "XXXX88" that depicted Minor Victim A on a bed and sheets that appear to be the same sheets and to depict the same dog in the photograph posted to Social Media Profile B and Social Media Profile C.

28. On October 23, 2026, law enforcement executed a search warrant at STITES' residence. Presently, STITES resides at the residence with two adult male roommates, Individual C and Individual D. Law enforcement interviewed Individuals C and D on October 23, 2026. In summary, Individual C told law enforcement he moved in with STITES approximately six months ago. Individual D told law enforcement he has lived intermittently with STITES over a period of several years. Both Individual C and Individual D told law enforcement that they work outside the residence during the day and are not typically home.

29. During the October 23, 2026, search, law enforcement found the following items, which appeared to be the same as those depicted in the photograph from Social Media Profile B, Social Media Profile C, and the photographs depicting Minor Victim A posted to the darkweb forums by "XXXX88". Specifically, the following were found in STITES's residence and are depicted in photographs posted by "XXXX88" on darkweb forums of Minor Victim A engaged in sexually explicit conduct with an adult male:

a. Inside STITES' bedroom at the residence,[6] the same striped cream and gray colored bedding;

b. the same dog, whom STITES identified as STITES' pet, whom he has had for approximately five years;

c. An Apple watch with a black strap, which STITES identified as his apple watch.

*Identification of Minor Victim B*

30. As detailed above, Minor Victim B was identified by Minor Victim B's parent, Individual B, in a sexually explicit image of Minor Victim B that "XXXX88" distributed on the dark web in 2023. According to Individual B, Minor Victim B was approximately 6 or 7 years old, which would place the Series 1 time frame in approximately 2023. According to Individual B, STITES had unsupervised access to Individual B during this period.

[6] During the search, STITES was present at the residence and identified the room as his bedroom; Individuals C and D also identified the room as STITES' bedroom.

31. Based on law enforcement review, an erect uncircumcised penis that is visible in some of the Series 1 images is consistent with law enforcement's observation and photographs of STITES' penis and the penis seen in the Minor Victim A series (Series 2). Based on the information detailed above, there is probable cause that STITES sexually abused Minor Victim A (and recorded that abuse) in STITE's bedroom at his residence in the Northern District of Illinois.

32. Additionally, law enforcement reviewed a post made by STITES's Social Media Profile B that depicted a pre-pubescent female child in a distinctive pink t-shirt with a glitter animal design who is consistent in (1) physical appearance with Minor Victim B and (2) in the same distinctive pink shirt as in the Series 1 series that "XXXX88" posted to darkweb forums in 2023. This is the same shirt that Individual B identified as belonging to Minor Victim B in Individual B's October 23, 2026 interview.

*<u>Identification of Minor Victim C</u>*

33. As detailed above, as captured in the CSAM series distributed by "XXXX88" on the dark web, Minor Victim 3 is a prepubescent minor female who appears to be approximately two to three years old. Law enforcement identified Minor Victim 3 as a child whom STITES has access to and who is depicted in STITES's social media accounts.

34. Law enforcement observed a post to Social Media Profile B which appears to depict Minor Victim C, whose sexually explicit images were distributed by "XXXX88" on the dark web in the Series 3 CSAM series in 2023.

35. For example, law enforcement observed a post to Social Media Profile B that depicted an image of a child in a sequin shirt. The shirt appeared to be one of the shirts in the set of images posted by "XXXX88" under Series 3, which depict Minor Victim C engaged in sexually explicit conduct.

36. Law enforcement reviewed a (non-CSAM) photograph posted by "XXXX88," which appears to depict Minor Victim C lying on a wooden floor in a green dress. The child appears to be the same child depicted in the post to Social Media Profile B described above.

37. Law enforcement reviewed another photograph posted by "XXXX88," which appears to depict Minor Victim C in a shirt that is pulled up and Minor Victim C's diaper is half way off of her genitals. An adult white male's naked penis is penetrating inside of Minor Victim C's vagina. The penis appears to be the same penis depicted in other images posted by "XXXX88" and is consistent with the penis of STITES.

**CONCLUSION**

38. Based on the above information, I respectfully submit that there is probable cause to believe that in or about 2023, at Chicago, in the Northern District of Illinois, Eastern Division, SAMUEL STITES knowingly used a minor, namely Minor Victim B, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction defendant knew and had reason to know would be transported and transmitted using any means or facility of interstate or foreign commerce, and which visual depiction was transmitted using any means or facility of interstate commerce.

FURTHER AFFIANT SAYETH NOT.

__________________________________
TIMOTHY ALLEN WILLIAMSON
Special Agent, Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone October 23, 2026.

__________________________________
Honorable JEANNICE W. APPENTENG
United States Magistrate Judge